IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| USABLE MUTUAL INSURANCE COMPANY;<br>HMO PARTNERS, INC.; and<br>USABLE CORPORATION | PLAINTIFFS |
| v.   CASE NO.: 4:21-cv-00770-LPR | |
| ALAN MCCLAIN, in his official capacity<br>as Arkansas Insurance Commissioner | DEFENDANT |

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of July 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE